IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH LAUFER,                                                     No.  3:20-cv-177

        Plaintiff

  v.

KOVAKEN, LLC,

        Defendant

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate the possible disqualification or recusal, the undersigned counsel for Kovaken, LLC, Defendant in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

LEECH TISHMAN

*/s/ Alisa N. Carr*
Alisa N. Carr
Pa. I.D. No. 56658
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600
acarr@leechtishman.com

Dated:  September 24, 2020